IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| LAUDER, INC. d/b/a HOUSTON, TRIBUNE AND HEIGHTS TRIBUNE, | § § § | |
| Plaintiff, | § § | |
| VS. | § § | CIVIL ACTION NO. H-08-3223 |
| CITY OF HOUSTON, TEXAS, | § § § | |
| Defendant. | § | |

## ORDER

Plaintiff's Motion to Continue, (Docket Entry No. 29), is granted. The injunction hearing scheduled for March 30, 2009 is cancelled. A scheduling and status conference will be held by telephone on **March 30, 2009 at 9:00 a.m.** The phone number counsel should call for the conference is **713-250-5550.**

SIGNED on March 26, 2009, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge