IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| LAUDER, INC. d/b/a HOUSTON TRIBUNE AND HEIGHTS TRIBUNE, | § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. H-08-3223 |
| CITY OF HOUSTON, TEXAS, | § § | |
| Defendant. | § § | |

**FINAL JUDGMENT**

For the reasons stated in this court's Memorandum and Opinion Entering Findings of Fact and Conclusions of Law, this civil action is dismissed with prejudice.

This is a final judgment.

SIGNED on November 4, 2010, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge